**Official Form 1 (1/08)**

| United States Bankruptcy Court<br>WESTERN DISTRICT OF PENNSYLVANIA | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>*Thayer Power and Communication Line,*<br>*Construction Company, Inc., Corporation* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>*NONE* | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): *25-1374363* | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>*7400 Market Road*<br>*P.O. Box 915*<br>*Fairview PA*  ZIPCODE *16415* | Street Address of Joint Debtor (No. & Street, City, and State):  ZIPCODE |
| County of Residence or of the Principal Place of Business: *ERie* | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>*SAME*  ZIPCODE | Mailing Address of Joint Debtor (if different from street address):  ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): *SAME*  ZIPCODE | |

**Type of Debtor** (Form of organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other *Construction*

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [x] Debts are primarily business debts.

**Chapter 11 Debtors:**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**  *THIS SPACE IS FOR COURT USE ONLY*
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

Estimated Assets
| [x] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

Estimated Liabilities
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): *Thayer Power and Communication Line, Construction Company, Inc., Corporation* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: *NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: *NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) <br><br> ☐ Exhibit A is attached and made a part of this petition | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> **X**                          *10/04/2008* <br> Signature of Attorney for Debtor(s)        Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> *Thayer Power and Communication Line , Construction Company, Inc., Corporation* |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br><br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br><br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b) <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> **X** _____ <br> Signature of Debtor <br><br> **X** _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (if not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only one box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br> (Signature of Foreign Representative) <br><br> _____ <br> (Printed name of Foreign Representative) <br><br> 10/04/2008 <br> (Date) |
| **Signature of Attorney*** <br><br> **X** */s/ Lawrence C. Bolla* <br> Signature of Attorney for Debtor(s) <br><br> *Lawrence C. Bolla 19679* <br> Printed Name of Attorney for Debtor(s) <br><br> *Quinn Buseck Leemhuis Toohey & Kroto Inc* <br> Firm Name <br><br> *2222 W. Grandview Blvd.* <br> Address <br><br> *Erie PA  16506* <br><br> *(814) 833-2222* <br> Telephone Number <br><br> *10/04/2008* <br> Date <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer** <br><br> I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br> Address <br><br> X _____ <br><br> _____ <br> Date <br><br> Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** <br><br> I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> **X** */s/ Joseph Thayer* <br> Signature of Authorized Individual <br><br> *Joseph Thayer* <br> Printed Name of Authorized Individual <br><br> *President* <br> Title of Authorized Individual <br><br> *10/04/2008* <br> Date | |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# Erie DIVISION

In re *Thayer Power and Communication Line Construction Company, Inc., Corporation*
                                                                      ,
Debtor(s)

Case No.
Chapter *11*

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>National Electric Benefit Fund<br>2400 Research Blvd.<br>Suite 400<br>Rockville MD  20850 | Phone:<br>National Electric Benefit Fund<br>2400 Research Blvd.<br>Suite 400<br>Rockville MD  20850 | | | $ 399,412.44 |
| 2<br>National Electric Annuity Plan<br>2400 Research Blvd.<br>Suite 400<br>Rockville MD  20850 | Phone:<br>National Electric Annuity Plan<br>2400 Research Blvd.<br>Suite 400<br>Rockville MD  20850 | | | $ 294,107.18 |
| 3<br>Elan Financial Services<br>200 South Sixth Street<br>Minneapolis MN  55402 | Phone:<br>Elan Financial Services<br>200 South Sixth Street<br>Minneapolis MN  55402 | | | $ 195,628.03 |
| 4<br>IBEW Local 71<br>6322 O'Hara Road<br>Galloway OH  43119 | Phone:<br>IBEW Local 71<br>6322 O'Hara Road<br>Galloway OH  43119 | | | $ 182,777.33 |
| 5<br>Utility Equipment Leasing<br>N4 W22610 Bluemound Road<br>Waukesha WI  53186 | Phone:<br>Utility Equipment Leasing<br>N4 W22610 Bluemound Road<br>Waukesha WI  53186 | | | $ 179,856.46 |

_____ ,
                            Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Mirk<br>7629 Chippewa Road<br>Orrville OH  44667 | Phone:<br>Mirk<br>7629 Chippewa Road<br>Orrville OH  44667 | | | $ 167,253.26 |
| 7<br>Windstream<br>P.O. Box 102063<br>Atlanta GA  30368 | Phone:<br>Windstream<br>P.O. Box 102063<br>Atlanta GA  30368 | | | $ 102,659.35 |
| 8<br>URS Corporation<br>Dept. 1028<br>P.O. Box 121028<br>Dallas TX  75312 | Phone:<br>URS Corporation<br>Dept. 1028<br>P.O. Box 121028<br>Dallas TX  75312 | | | $ 98,128.12 |
| 9<br>Malin Berquist & Company<br>2402 West 8th Street<br>Erie PA  16505 | Phone:<br>Malin Berquist & Company<br>2402 West 8th Street<br>Erie PA  16505 | | | $ 93,517.00 |
| 10<br>IBEW Local No. 56<br>185 Pennbriar Drive<br>Erie PA  16509 | Phone:<br>IBEW Local No. 56<br>185 Pennbriar Drive<br>Erie PA  16509 | | | $ 79,553.40 |
| 11<br>Global Rental Co.<br>P.O. Box 11407<br>Birmingham AL  35246 | Phone:<br>Global Rental Co.<br>P.O. Box 11407<br>Birmingham AL  35246 | | | $ 77,393.21 |
| 12<br>DV Weber Construction<br>P.O. Box 116<br>Reedsville OH  45772 | Phone:<br>DV Weber Construction<br>P.O. Box 116<br>Reedsville OH  45772 | | | $ 75,374.00 |

B4 (Official Form 4) (12/07)

_____,
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 13<br>Secretary of Funds<br>IBEW Local No. 5<br>5 Hot Metal Street, #200<br>Pittsburgh PA   15203 | Phone:<br>Secretary of Funds<br>IBEW Local No. 5<br>5 Hot Metal Street, #200<br>Pittsburgh PA   15203 | | | $ 71,810.13 |
| 14<br>Penske Truck Leasing<br>255 Penske Plaza<br>Reading PA   19603 | Phone:<br>Penske Truck Leasing<br>255 Penske Plaza<br>Reading PA   19603 | | | $ 67,494.00 |
| 15<br>Scott Powerline & Utility<br>P.O. Box 4008<br>Monroe LA   71211 | Phone:<br>Scott Powerline & Utility<br>P.O. Box 4008<br>Monroe LA   71211 | | | $ 44,762.00 |
| 16<br>IBEW Local No. 1319<br>Room 1217, NE Building<br>67-69 Public Square<br>Wilkes Barre PA   18701 | Phone:<br>IBEW Local No. 1319<br>Room 1217, NE Building<br>67-69 Public Square<br>Wilkes Barre PA   18701 | | | $ 40,099.59 |
| 17<br>Roberts Electrical Construct.<br>820 North Hague Avenue<br>Columbus OH   43204 | Phone:<br>Roberts Electrical Construct.<br>820 North Hague Avenue<br>Columbus OH   43204 | | | $ 37,269.80 |
| 18<br>IBEW Local No. 126<br>Wachovia Bank Depository<br>3455 Germantown Pike<br>Collegeville PA   19426 | Phone:<br>IBEW Local No. 126<br>Wachovia Bank Depository<br>3455 Germantown Pike<br>Collegeville PA   19426 | | | $ 30,708.45 |
| 19<br>Doug Hall<br>584 Deanna Stroll Road<br>Heath OH   43056 | Phone:<br>Doug Hall<br>584 Deanna Stroll Road<br>Heath OH   43056 | | | $ 25,375.00 |
| 20<br>Graybar Electric Co.<br>12444 Collections Center Dr.<br>Chicago IL   60693 | Phone:<br>Graybar Electric Co.<br>12444 Collections Center Dr.<br>Chicago IL   60693 | | | $ 21,665.63 |

_____ ,
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Joseph Thayer* _____ , *President* _____ of the *Corporation* _____ named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.


Date: *10/4/2008*          Signature  */s/ Joseph Thayer* _____
                              Name:  *Joseph Thayer*
                              Title:  *President*

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# ERIE DIVISION

In re *Thayer Power and Communication Line , Construction Company, Inc., Corporation*

Case No.
Chapter *11*

_____ / Debtor

Attorney for Debtor: *Lawrence C. Bolla*

## LIST OF EQUITY SECURITY HOLDERS

| Number | Registered Name of Holder of Security | Number of Shares | Class of Shares, Kind of Interest |
|---|---|---|---|
| *1* | *James Thayer*<br>*c/of 7400 Market Road*<br>*P.O. Box 915*<br>*Fairview PA 16415* | | *50% Shareholder - Common Stock* |
| *2* | *Joseph Thayer*<br>*c/of 7400 Market Road*<br>*P.O. Box 915*<br>*Fairview PA 16415* | | *50% Shareholder - Common Stock* |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# LIST OF EQUITY SECURITY HOLDERS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Joseph Thayer*, *President* of the *corporation* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that they are true and correct to the best of my knowledge, information and belief.

Date: *10/04/2008*  Signature: */s/ Joseph Thayer*

Name: *Joseph Thayer*
Title: *President*

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# ERIE DIVISION

In re *Thayer Power and Communication Line, Construction Company, Inc., Corporation*

Case No.
Chapter *11*

_____ / Debtor

Attorney for Debtor: *Lawrence C. Bolla*

## **VERIFICATION OF CREDITOR MATRIX**

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *10/04/2008*

*/s/ Joseph Thayer*
Debtor

Key Bank
OH-01-27-0504
127 Public Square
Cleveland, OH  44114

U. S. Trustee's Office
1001 Liberty Ave.
Liberty Center
Suite 970
Pittsburgh, PA  15222

Doug Hall
584 Deanna Stroll Road
Heath, OH  43056

DV Weber Construction
P.O. Box 116
Reedsville, OH  45772

Elan Financial Services
200 South Sixth Street
Minneapolis, MN  55402

Global Rental Co.
P.O. Box 11407
Birmingham, AL  35246

Graybar Electric Co.
12444 Collections Center Dr.
Chicago, IL  60693

IBEW Local 71
6322 O'Hara Road
Galloway, OH  43119

IBEW Local No. 126
Wachovia Bank Depository
3455 Germantown Pike
Collegeville, PA  19426

IBEW Local No. 1319
Room 1217, NE Building
67-69 Public Square
Wilkes Barre, PA  18701

IBEW Local No. 56
185 Pennbriar Drive
Erie, PA  16509

Malin Berquist & Company
2402 West 8th Street
Erie, PA  16505

Mirk
7629 Chippewa Road
Orrville, OH  44667

National Electric Annuity Plan
2400 Research Blvd.
Suite 400
Rockville, MD  20850

National Electric Benefit Fund
2400 Research Blvd.
Suite 400
Rockville, MD  20850

Penske Truck Leasing
255 Penske Plaza
Reading, PA  19603

Roberts Electrical Construct.
820 North Hague Avenue
Columbus, OH  43204

Scott Powerline & Utility
P.O. Box 4008
Monroe, LA  71211

Secretary of Funds
IBEW Local No. 5
5 Hot Metal Street, #200
Pittsburgh, PA  15203

URS Corporation
Dept. 1028
P.O. Box 121028
Dallas, TX  75312

Utility Equipment Leasing
N4 W22610 Bluemound Road
Waukesha, WI  53186

Windstream
P.O. Box 102063
Atlanta, GA  30368

James Thayer
c/of 7400 Market Road
P.O. Box 915
Fairview, PA  16415

Joseph Thayer
c/of 7400 Market Road
P.O. Box 915
Fairview, PA  16415

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
# ERIE DIVISION

In re *Thayer Power and Communication Line Construction Company, Inc., Corporation*

Case No.
Chapter *11*

_____ / Debtor

### STATEMENT REGARDING CORPORATE RESOLUTION

Construction Company, Inc.

The undersigned Joseph Thayer is President of Thayer Power and Communication Line , a corporation. On the following resolution was duly adopted by the  of this corporation.

"WHEREAS, it is in the best interests of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code:

"NOW, THEREFORE, BE IT RESOLVED, that Joseph Thayer, President of this corporation, be and hereby is, authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the corporation; and

"BE IT FURTHER RESOLVED, that Joseph Thayer, President of this corporation, be and hereby is, authorized and directed to appear in all such bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with said bankruptcy proceedings; and

"BE IT FURTHER RESOLVED, that Joseph Thayer, President of this corporation, be and hereby is, authorized and directed to employ Lawrence C. Bolla, Attorney and the law firm of Quinn Buseck Leemhuis Toohey & Kroto Inc, to represent the corporation in said bankruptcy proceedings."

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, Joseph Thayer, President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing resolution and it is true and correct to the best of my knowledge, information, and belief.

Date _____

Signature  */s/ Joseph Thayer*
Joseph Thayer
President