UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | : BANKRUPTCY NO. 08-11904 |
|  | : CHAPTER 11 |
| THAYER POWER & COMMUNICATION LINE CONSTRUCTION CO., INC., DEBTOR | : |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, Movant | : DOCUMENT NO. 188 |
| vs. | : |
| THAYER POWER & COMMUNICATION LINE CONSTRUCTION CO., INC., Respondent | : |

## MEMORANDUM AND ORDER

The Official Committee of Unsecured Creditors has filed a MOTION TO GRANT AUTHORITY TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO INVESTIGATE AND PROSECUTE ADVERSARY PROCEEDINGS AND/OR CONTESTED MATTERS AGAINST INSIDERS. The Debtor opposes such motion on the basis that such activity would be disruptive and that the insiders are judgment proof so that no benefit will be obtained by pursuing them. Notices of examination have been issued under Bankruptcy Rule 2004 to which the Debtor has no objection. It would appear that the desired investigation needs to be monitored by the Court.

IT IS THEREFORE ORDERED that the Rule 2004 examination which is already scheduled may proceed.

IT IS FURTHER ORDERED that investigation by the Committee which requires a response by the Debtor shall not be made without further Order of Court. If the Committee finds a reason to investigate further by asking the Debtor or insiders for further information, a follow up motion shall be filed upon which there is expected an expedited hearing will be granted.

Dated: March 18, 2009

Warren W. Bentz
United States Bankruptcy Judge

**FILED**
MAR 18 2009
CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA
ERIE OFFICE

Movant shall serve a copy of this order on the interested parties and file a certificate of such service within five days.