UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CASE NO. 08-11904(TPA) |
| : | |
| THAYER POWER AND COMMUNICATION : | CHAPTER 11 |
| LINE CONSTRUCTION COMPANY, : | |
| : | Related to Docket Nos. 302, 337 & 377 |
| Debtor. : | |
| : | JUDGE AGRESTI |
| THAYER POWER AND COMMUNICATION : | |
| LINE CONSTRUCTION COMPANY, : | |
| : | |
| Movant, : | |
| : | |
| vs. : | |
| : | |
| THE ANDERSON GROUP, LLC; KEYBANK, : | |
| N.A.; UNITED STATES OF AMERICA, : | |
| INTERNAL REVENUE SERVICE; THE : | |
| COMMONWEALTH OF PENNSYLVANIA, : | |
| OFFICE OF THE ATTORNEY GENERAL; : | |
| AND THE OFFICIAL COMMITTEE OF : | |
| UNSECURED CREDITORS, : | |
| : | |
| Respondents. : | |
| _____ : | |

**EXHIBIT TO SCHEDULE 1.1(e) OF STALKING HORSE
ASSET PURCHASE AGREEMENT**

Pursuant to Paragraph F of the *Order on Expedited Motion for Approval of (I) Bidding Procedures; (II) Break-Up Fee Related to the Sale of Substantially all of Debtor's Personal Property; and (III) Form and Manner of Sale Notice* (the "Bidding Procedures Order"), the Debtor, Thayer Power and Communication Line Construction Company (the "Debtor") by and through its undersigned counsel, hereby files this *Exhibit to Schedule 1.1(e) of Stalking Horse Asset Purchase Agreement* (the "Exhibit").

The Exhibit is a letter from counsel for the National Electrical Annuity Plan (the "NEAP") and National Electrical Benefit Fund (the "NEBF" and collectively with the NEAP, the "Funds") setting forth payment terms the Funds are willing to accept from a successful purchaser in connection with the proposed sale of substantially all of the Debtor's assets. The Funds continue to negotiate with Thayer Investments LLC (the "Stalking Horse Bidder"), but the parties have not reached a definitive agreement.

Dated: February 1, 2010

                Respectfully submitted,

                QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

                BY:    /s/ Nicholas R. Pagliari
                        Lawrence C. Bolla, Esquire
                        lbolla@quinnfirm.com
                        Nicholas R. Pagliari, Esquire
                        npagliari@quinnfirm.com
                        2222 West Grandview Boulevard
                        Erie, Pennsylvania 16506-4508
                        Telephone: (814) 833-2222
                        Facsimile: (814) 833-6753

                        Counsel for Debtor,
                        Thayer Power & Communication Line
                        Construction Company, Inc.

Document #491349