UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| THAYER POWER AND COMMUNICATION LINE CONSTRUCTION COMPANY, | : BANKRUPTCY NO. 08-11904 TPA |
| Debtors. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| THAYER POWER AND COMMUNICATION LINE CONSTRUCTION COMPANY, | : CHAPTER 11 |
| | : RELATED TO DOCUMENT NOS. 302, 338, & 377 |
| Movant, | : |
| v. | : DATE & TIME OF HEARING: |
| | : |
| THE ANDERSON GROUP, LLC; KEYBANK, N.A.; INTERNAL REVENUE SERVICE; THE COMMONWEALTH OF PENNSYLVANIA, OFFICE OF THE ATTORNEY GENERAL; AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | : February 12, 2010 @ 2:00 p.m. |
| | : OBJECTION/RESPONSE DATE: |
| | : February 11, 2010 |
| Respondents. | : |

## **PROOFS OF PUBLICATION**

Please find attached the Proofs of Publication from the Erie County Legal Journal and Erie Times News in regards to the Notice of Auction and Sale Hearing to Sell Substantially All of the Debtor's Personal Property.

                                                   Respectfully submitted,

                                                   QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

                                      BY:   /s/Lawrence C. Bolla
                                                  Lawrence C. Bolla, Esquire
                                                  PA Id. No. 19679
                                                  2222 West Grandview Boulevard
                                                  Erie, Pennsylvania 16506-4508
                                                  Telephone: 814-833-2222
                                                  Facsimile: 814-833-6753
                                                  E-Mail Address: lbolla@quinnfirm.com
                                                  Counsel for Debtor, Thayer Power & Communication Line Construction Co., Inc.

Document #491276, v1

# Erie County Legal Journal
# Proof of Publication of Notice

STATE OF PENNSYLVANIA  } SS:
COUNTY OF ERIE           }

_____ **Heidi M. Weismiller** _____, Associate Editor of the Erie County Legal Journal, being duly sworn according to law, deposes and says that the Erie County Legal Journal is the duly designated legal newspaper for Erie County, Pennsylvania, which legal newspaper was established in 1945, and is published by the Erie County Bar Association, 302 West 9th Street, Erie, Erie County, Pennsylvania 16502; and that a copy of the printed notice of publication is attached hereto exactly as printed or published in the issue or issues of said legal newspaper on the following date or dates:

## COPY OF NOTICE

Friday, __**January 15**__, 20**10**

The affiant further states that s/he is the designated agent of Erie County Bar Association, the owner of said legal newspaper, that s/he is not interested in the subject matter of the aforesaid notice or advertising, and that all the allegations of the aforesaid statement as to time, place and character of publication are true.

_____, Associate Editor

Sworn to and subscribed before me this
__1st__ day of __**February**__, 20**10**

_____
Notary Public

**MY COMMISSION EXPIRES**

> NOTARIAL SEAL
> Sandra Brydon Smith, Notary Public
> Commonwealth of Pennsylvania
> My Commission Expires July 14, 2010

**BANKRUPTCY NOTICE**
In Re: Thayer Power and Communication Line Construction Company, Inc.
Chapter 11 Case No. 08-11904 TPA
Motion for Order (1) Approving Sale of Substantially All Personal Property of the Debtor Free and Clear of Liens, Claims, Encumbrances, and Interests Outside the Ordinary Course of Business, (2) Authorizing Debtor to Assume and Assign Certain Executory Contracts and Unexpired Leases, and (3) Granting Related Relief (Document No. 302)
NOTICE OF AUCTION AND SALE HEARING TO SELL SUBSTANTIALLY ALL OF THE DEBTOR'S PERSONAL PROPERTY
PLEASE TAKE NOTICE that Thayer Power and Communication Line Construction Company, Inc. has filed a Motion for Order (1) Approving Sale of Substantially All Personal Property of the Debtor Free and Clear of Liens, Claims, Encumbrances, and Interests Outside the Ordinary Course of Business, (2) Authorizing Debtor to Assume and Assign Certain Executory Contracts and Unexpired Leases, and (3) Granting Related Relief (the "Sale Motion").
The assets to be sold include all of the tangible personal property of the Debtor, including all furniture, equipment, inventory, accounts receivable, prepaid expenses and deposits, certain executory contracts and unexpired leases, all data and records, all intangible rights and property, intellectual

agreements, all Debtor-owned vehicles and James Thayer owned vehicles. The purchase price is $2,100,000.00 cash, based upon the Debtor's Balance Sheet as of September 30, 2009, subject to adjustments for changes, plus the cure costs for assumed contracts and up to $350,000.00 for Post-Petition Administrative Claims and subject to adjustment for Inventory Proceeds and Purchased Equipment Leases.

IT IS NOT ANTICIPATED THAT THIS SALE WILL GENERATE A DISTRIBUTION FOR GENERAL, UNSECURED CREDITORS.

The Auction and Sale Hearing will be held before the Honorable Thomas P. Agresti, United States Bankruptcy Judge in the United States Bankruptcy Court for the Western District of Pennsylvania, 17 South Park Row, Erie, Pennsylvania 16501 on **February 4, 2010 at 2:30 p.m.**, at which time higher and better offers will be heard.

A Bidding Procedures Order has been entered by the Court that contains important deadlines and information. If you are interested in purchasing the assets of the Debtor as described herein, you should **immediately** contact counsel for the Debtor to obtain additional information in regards to bidding procedures.

To be a Qualified Bidder, on or before **Friday, January 29, 2010** (the "Bid Deadline"), interested parties must satisfy the requirements set forth in Paragraphs II.A.i.(a-f) of the Bidding Procedures Order including, but not limited to, paying an earnest money deposit of $200,000 (a "Qualified Bidder Deposit") by cashier's or certified check (made payable to the Quinn Law Firm) or wire transfer of immediately available funds, which deposit shall be held in the IOLTA account of Debtor's counsel.

All responses and/or objects to the relief sought in the Sale Motion shall be filed with the Court on or before **February 2, 2010.**

This notice provides only a **partial** summary of the relief sought in the Sale Motion and granted pursuant to the Bidding Procedures Order.

Copies of the Sale Motion and the Bidding Procedures Order are available for inspection for a charge by accessing the Court's Website at http://www.pawb.uscourts.gov/ or by requesting a copy from Debtor's counsel at the address listed below.

The Quinn Law Firm
Lawrence C. Bolla, Esquire
lbolla@quinnfirm.com
Nicholas R. Pagliari, Esquire
npagliari@quinnfirm.com
2222 West Grandview Blvd.
Erie, Pennsylvania 16506
Telephone: (814) 833-2222
Fax: (814) 835-2076
Counsel for Debtor, Thayer Power & Communication Line Construction Co., Inc.

Jan. 15

OATH of PUBLICATION
In
THE ERIE TIMES-NEWS

COMBINATION EDITION

QUINN BUSECK LEEMHUIS TOOHEY
2222 W GRANDVIEW BLVD
ERIE PA 16506-4508

REFERENCE: L0962116   61033.0001
          0000996201 INRE:THAYERPOWERANDC

STATE OF PENNSYLVANIA)
COUNTY OF ERIE       ) SS:

Rosanne Cheeseman being duly sworn, deposes and
says that she is the Publisher of the Times
Publishing Company, which publishes: the
Erie Times-News, established October 2, 2000, a
daily newspaper of general circulation, successor,
by consolidation, of the Morning News, established
January 1957, and
the Erie Daily Times, established April 1888,
daily newspapers of general circulation and
published at Erie, Erie County, Pennsylvania, and
that the notice of which the attached is a copy
published, in the regular editions of said
newspaper of the dates referred to below.
Affiant further deposes that she is duly
authorized by the TIMES PUBLISHING COMPANY,
publisher of The Erie Times-News to verify the
foregoing statement under oath, and affiant is not
interested in the subject matter of the aforesaid
notice or advertisement, and that all allegations
in the forgoing statement as to time, place and
character of publication are true.

PUBLISHED ON: 01/17

TOTAL COST:  520.00            AD SPACE: 171 LINE
FILED ON:    01/17/10

Sworn to and subscribed before me this
___ day of January 2010   Affiant: Rosanne Cheeseman
NOTARY: Tami J. Brown

NOTARIAL SEAL
TAMI J. BROWN, NOTARY PUBLIC
ERIE, ERIE COUNTY, PENNA.
MY COMMISSION EXPIRES ON MARCH 30, 2010

---

Equipment Leases.
IT IS NOT ANTICIPATED THAT THIS SALE WILL GENERATE A DISTRIBUTION FOR GENERAL, UNSECURED CREDITORS.

The Auction and Sale Hearing will be held before the Honorable Thomas P. Agresti, United States Bankruptcy Judge in the United States Bankruptcy Court for the Western District of Pennsylvania, 17 South Park Row, Erie, Pennsylvania 16501 on February 4, 2010 at 2:30 p.m., at which time higher and better offers will be heard.

A Bidding Procedures Order has been entered by the Court that contains important deadlines and information. If you are interested in purchasing the assets of the Debtor as described herein, you should immediately contact counsel for the Debtor to obtain additional information in regards to bidding procedures.

To be a Qualified Bidder, on or before Friday, January 29, 2010 (the "Bid Deadline"), interested parties must satisfy the requirements set forth in Paragraphs II.A.i.(a-f) of the Bidding Procedures Order including, but not limited to, paying an earnest money deposit of $200,000 (a "Qualified Bidder Deposit") by cashier's or certified check (made payable to the Quinn Law Firm) or wire transfer of immediately available funds, which deposit shall be held in the IOLTA account of Debtor's counsel.

All responses and/or objects to the relief sought in the Sale Motion shall be filed with the Court on or before February 2, 2010.

This notice provides only a partial summary of the relief sought in the Sale Motion and granted pursuant to the Bidding Procedures Order. Copies of the Sale Motion and the Bidding Procedures Order are available for inspection for a charge by accessing the Court's Website at http://www.pawb.uscourts.gov/ or by requesting a copy from Debtor's counsel at the address listed below.

THE QUINN LAW FIRM
Lawrence C. Bolla, Esquire
lbolla@quinnfirm.com
Nicholas R. Pagliari, Esquire
npagliari@quinnfirm.com
2222 West Grandview Blvd.
Erie, Pennsylvania 16506
Telephone: (814)833-2222
Fax: (814)835-2076
Counsel for Debtor,
Thayer Power & Communication Line Construction Co., Inc.
(1-996201-NT-17)

IN Re:Thayer Power and Communication Line Construction Company, Inc.
Chapter 11 Case No. 08-11904 TPA
Motion for Order (1) Approving Sale of Substantially All Personal Property of the Debtor Free and Clear of Liens, Claims, Encumbrances, and Interests Outside the Ordinary Course of Business, (2) Authorizing Debtor to Assume and Assign Certain Executory Contracts and Unexpired Leases, and (3) Granting Related Relief (Document No. 302)

## NOTICE OF AUCTION AND SALE HEARING TO SELL SUBSTANTIALLY ALL OF THE DEBTOR'S PERSONAL PROPERTY

PLEASE TAKE NOTICE that Thayer Power and Communication Line Construction Company, Inc. has filed a Motion for Order (1) Approving Sale of Substantially All Personal Property of the Debtor Free and Clear of Liens, Claims, Encumbrances, and Interests Outside the Ordinary Course of Business, (2) Authorizing Debtor to Assume and Assign Certain Executory Contracts and Unexpired Leases, and (3) Granting Related Relief (the "Sale Motion").

The assets to be sold include all of the tangible personal property of the Debtor, including all furniture, equipment, inventory, accounts receivable, prepaid expenses and deposits, certain executory contracts and unexpired leases, all data and records, all intangible rights and property, intellectual property, rights under any non-disclosure, confidentiality, and non-compete or non-solicitation agreements, all Debtor- owned vehicles and James Thayer owned vehicles. The purchase price is $2,100,000.00 cash, based upon the Debtor's Balance Sheet as of September 30, 2009, subject to adjustments for changes, plus the cure costs for assumed contracts and up to $350,000.00 for Post-Petition Administrative