**Hearing for February 19, 2010 at 10:00 a.m. (Ch 11)**

| 08-11904 TPA | Thayer Power and Communication (v. The Anderson Group, LLC et al) | #302 | Cont. Sale hearing and Public Auction |

Appearances:
Debtor: Lawrence C. Bolla/Nicholas R. Pagliari
National Electrical Annuity: Dianne S. Ruhlandt
Anderson Group        Harry Greenfield
Cred. Comm:           Guy Fustine
Sargent Electric Co.:  John Steiner + Mark Schafer, gen'l counsel for Sargent
Key Bank Nat'l Assn.   Philip Uher

Ruhlandt: Motion for reconsideration resolved. Add a paragraph to proposed sale order; dictates into record

Bolla: Cash component is only thing that will change. The makeup of other items to reach the total can change depending on bidder.

Court: Each side may have different ways of getting to the bottom line. Upset bid will be 2.6 million. Net affect to the estate will be the same.

Greenfield: We have negotiated with Union and have withdrawn our previous offer to them. Rulandt has agreed, but haven't heard back from other unions. If we are the successful bidder the order will have to state that the prior offer to the union is withdrawn. Certain leases that we proposed to assume-Alltec, Scot, Merc and Ulec are financing leases and are secured creditors. We are acquiring the liability. Hands up exhibit. Only difference is top number. We will bid $2.6 million.

Court: any objection?

No objections.

Anderson 2.6
Sargent   2.8
Anderson 3.2
Sargent   No further bids

Court: Anderson is successful bidder.

OUTCOME: Other: Parties to submit proposed order